**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of H.L.W. and S.K.W., Children

Appellate case number:     01-21-00654-CV

Trial court case number:    91619-F

Trial court:                   300th District Court of Brazoria County

Appellant B.E.W.'s motion for a 21-day extension of time to file a motion for rehearing or motion for en banc reconsideration, filed on November 23, 2022, is **GRANTED**. Any motion for rehearing or en banc reconsideration of our November 8, 2022 opinion is due by **December 14, 2022**.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
                           Acting Individually

Date: December 1, 2022